AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

WASHINGTON, DC

**SEARCH WARRANT**

CASE NUMBER: 0 6 - 4 9 0 - M - 0 1

TO:  __JOSEPH P. BELLINO__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Officer JOSEPH P. BELLINO  who has reason to believe that
(name, description and or location)

the entire premises known as                                          southeast Washington D.C. The building is located on the north side of              , east of           nd west of         across from  Washington D.C. The building is described as a three story brown brick building. The front door to the building is brown in color made of metal and glass. The numbers        in black on a white background are above the front door. Building  is connected and directly to the east of building        Apartment   is located on the second floor, top of the stairs. only door on the right. The door to apartment   is brown metal with a brass knocker and brass door knob. The number     is on the door knocker located in the center of the door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____DEC 0 1 2006_____
                                                                              (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 27 2006

Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/27/06 | 11/28/06  0736 | Apartment |

**INVENTORY MADE IN THE PRESENCE OF**

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Bucks Basketball jersey, Savage 20 gauge shotgun, photo's of mail matter of [illegible], 30 grams of suspected marijuana, Drug paraphernalia (empty ziplocks), ear plugs

**FILED**
NOV 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                         11-29-06
U.S Judge or Magistrate                               Date